```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/4/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aniseto et al.,

                Plaintiffs,

-against-

Just Another Deli, Inc. et al.,

                Defendants.

1:20-cv-07991 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In light of the Court's mediation referral, the Initial Pretrial Conference scheduled for February 9, 2021 is adjourned *sine die*. The parties shall submit a joint letter no later than five days after the mediation is complete or on March 15, 2021, whichever is earlier, advising the Court as to the status of this action.

**SO ORDERED.**

DATED:    New York, New York
             February 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge