```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aniseto et al.,

                     Plaintiffs,

      -against-

Just Another Deli, Inc. et al.,

                     Defendants.

1:20-cv-07991 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      In accordance with the Case Management Plan, the deadline for the completion of fact discovery was July 21, 2021. (Order, ECF No. 30.) Accordingly, it is hereby Ordered that, no later than August 2, 2021, the parties shall file a joint letter regarding proposed next steps in this action.

**SO ORDERED.**

DATED:      New York, New York
                  July 26, 2021

_____
STEWART D. AARON
United States Magistrate Judge