USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___3/3/2022___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Aniseto et al.,

                     Plaintiffs,

            -against-

Just Another Deli, Inc. et al.,

                  Defendants.

1:20-cv-07991 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

It is hereby Ordered that, no later than March 10, 2022, the parties shall file a joint letter regarding the status of their settlement negotiations and whether they would like the Court to schedule a settlement conference in advance of trial. If so, the parties shall propose at least three dates that all parties are available.

**SO ORDERED.**

DATED:     New York, New York
             March 3, 2022

_____
STEWART D. AARON
United States Magistrate Judge