

**KIM, CHO & LIM, LLC**
Attorneys at Law

HENRY L. KIM*
JOSHUA S. LIM*
KENDAL SIM*
SEAN S. KWAK*
NICHOLAS J. DUBOIS*
JOHN CHEN*

NY Office:
164-01 Northern Boulevard
2nd Floor
Flushing, NY 11358
T: 718.539.7400
F: 917.463.1590

\*   Admitted in NJ & NY

460 Bergen Boulevard, Suite 305, Palisades Park, NJ 07650
T: 201.585.7400  F: 201.585.7422

Reply to NJ Address only

July 7, 2022

VIA ECF
Southern District of New York
Attn: Hon. Andrew L. Carter, Jr., U.S.D.J.
40 Foley Square, Courtroom 1306
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___7/8/22___

RE:     **ANISETO, et al. v. ARIDAS TRADING, INC., et al.**
**INDEX NO.: 1:20-cv-07991-ALC-SDA**
**REQUEST FOR EXTENSION OF TIME TO FILE**

MEMO ENDORSED

Dear Judge Carter:

As Your Honor is aware, this firm represents the defendants in the above-referenced matter. We respectfully submit this letter, jointly and with consent from Plaintiffs' counsel, to request an extension for the parties' time to file their settlement agreement and Cheeks memo. As per Your Honor's June 9, 2022 Memo Endorsement, the current due date is July 9, 2022. This is the first request for extension of this deadline.

The parties currently completed a completed draft (as between their counsel) of the settlement agreement and also the Cheeks memo. The counsel for the parties expect that the only matter remaining is Defendants' signing of the settlement agreement.

At this juncture, the undersigned counsel for Defendants have made numerous attempts to reach Defendants to no avail. The individual Defendant, Hak S. Meier, who is also the principal of the corporate Defendant, cannot be reached by phone. He would read the undersigned's text messages, as indicated through service provided on iMessages, but would not reply in any manner. We are unclear as to whether the silence is intentional or whether his frail health conditions finally caught up to him.

For the foregoing reasons, Defendants respectfully request, with the consent of Plaintiff's counsel, that the Court extends the due date for the parties' submission by thirty (30) days, with

//


//


//

the new deadline becoming August 8, 2022.

We thank the Court for its time and attention in this matter.

Respectfully submitted,

*/s/ Sean S. Kwak*

Sean S. Kwak

**Application granted. This is the final extension.**

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**7/8/22**

cc: Plaintiff's counsel.