**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------- x
JUAN FELICIANO ANSIETO,                                   :
                                                          :
                               Plaintiff,                 :
                                                          :
                  -against-                               :          **1:20-cv-7991 (ALC)(SDA)**
                                                          :
HAK S. MEIER and AQIDAS TRADING,                          :          <u>**ORDER**</u>
INC. d/b/a Q MARQET,                                      :
                                                          :
                               Defendant.                 :
--------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' letter motion for settlement approval filed July 15, 2022.  (ECF No. 63.)

Having reviewed the settlement agreement as required by *Cheeks v. Freeport Pancake House, Inc*., 796 F.3d 199 (2d Cir. 2015), the Court finds it to be fair and reasonable, and approves the settlement.  In reaching this conclusion, the Court has considered, *inter alia*, that (1) the settlement amount provides Plaintiff with a recovery that is fair in light of the identified litigation risks, and is within the possible range of recovery; (2) the attorney's fees portion of the settlement is reasonable; and (3) the agreement does not impose a duty of confidentiality.  *See Fisher v. SD Prot. Inc.*, 948 F.3d 593, 600 (2d Cir. 2020); *see also Brittle v. Metamorphosis, LLC*, No. 20 CIV. 3880 (ER), 2021 WL 606244, at *2 (S.D.N.Y. Jan. 22, 2021).

Accordingly, it is **ORDERED** that the above-captioned case be dismissed with prejudice in its entirety without fees or costs except as agreed to by the parties.

**SO ORDERED.**

**Dated**:   December 12, 2022
New York, New York

_____

**ANDREW L. CARTER, JR.**
**United States District Judge**

2